**Dismiss Writ and Opinion Filed September 25, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-13-01264-CV**

### IN RE STEVEN EDMOND LOWE, Relator

**Original Proceeding from
Dallas County, Texas**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Myers
Opinion by Justice FitzGerald

Before the Court is relator's petition for writ of mandamus naming the Dallas County District Clerk and one of the deputy clerks as respondents. The facts and issues are well known to the parties, so we need not recount them herein. This Court does not have mandamus jurisdiction over these individuals. *See* TEX. GOV'T CODE ANN. § 22.221 (West 2010). Accordingly, we **DISMISS** relator's petition for a writ of mandamus for want of jurisdiction and **DENY** his motion for bench warrant or in the alternative motion for hearing by conference call and his petition for expunction of records.

/Kerry P. FitzGerald/

KERRY P. FITZGERALD
JUSTICE

131264F.P05